# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142803

LAKE COUNTY and LAKE COUNTY SHERIFF,
            Respondents-Appellants,

v

POLICE OFFICERS ASSOCIATION OF
MICHIGAN,
            Charging Party-Appellee.
_____/

SC: 142803
COA: 293044
MERC: 07-000011

      On order of the Court, the application for leave to appeal the February 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

d0718